**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>   Plaintiff,<br><br>vs.<br><br>Eduardo Sanchez-Zarate,<br><br>   Defendant. | No. 05-7337M<br><br>**ORDER** |

Hearing was held January 13, 2006, at which time the Court considered defense counsel's oral Motion To Withdraw as Counsel for defendant Eduardo Sanchez-Zarate in the above captioned case. The Court granted the motion, effective upon appointment of new counsel. The Court has now been advised by the FPD/CJA Panel Coordinator of a new attorney to be appointed. Therefore,

**IT IS ORDERED** granting Defendant's oral Motion to Withdraw as Counsel.

**IT IS FURTHER ORDERED** appointing **Neil Clifford LaBarge** from the CJA Panel as court-appointed counsel to represent defendant Eduardo Sanchez-Zarate in the above case for all further proceedings. Counsel's address is: 11 West Jefferson Street, Suite 2, Phoenix, Arizona 85003-0001. Counsel's phone number is: 602-252-4090.

    **IT IS FURTHER ORDERED** allowing attorney Robert McWhirter of the Federal Public Defender's Office to withdraw from this matter and relieving him of any further responsibility in this case.

    DATED this 23rd day of January, 2006.

_____
David K. Duncan
United States Magistrate Judge